FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 1 2 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 16-1422 MCA |
| | ) | |
| vs. | ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): |
| | ) | Possession with Intent to Distribute 500 |
| **RUBEN FUENTES, Jr.**, | ) | Grams and More of a Mixture and |
| | ) | Substance Containing Methamphetamine. |
| Defendant. | ) | |

# INDICTMENT

The Grand Jury charges:

On or about March 10, 2016, in Quay County, in the District of New Mexico, the defendant, **RUBEN FUENTES, Jr.**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

Tuesday, April 12, 2016